# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAORA BEN-DOV,<br><br>Plaintiff,<br><br>vs.<br><br>SHOSHANA ZELDA SRAGOW, and DOES ONE TO TEN,<br><br>Defendants. | CASE NO. 8:17-cv-00122-DFM<br><br>**JUDGMENT**<br><br>**MOTION HEARING: October 17, 2017 at 10:00 A.M.**<br><br>**THE HON. DOUGLAS F. MCCORMICK** |

This is a suit for accounting and declaratory relief, breach of trustee duty, fraud, elder abuse and conversion, fraudulent misrepresentation and fraudulent concealment, and unjust enrichment, brought by Plaintiff Naora Ben Dov against Defendants Shoshana Sragow, Allen Sragow and Tamar Breton. Defendant Shoshana Sragow moved the Court (Dkt. 45), and Defendants Allen Sragow and Tamar Breton moved the Court (Dkt. 55), for summary judgment pursuant to

Federal Rule of Civil Procedure 56. The Court reviewed the moving and the opposition papers and, on October 17, 2017, held a hearing on the motion. Based on the submissions and the arguments, there is no dispute as to any material facts and the movant is entitled to a judgment as a matter of law; for the reasons set forth in this Court's Order Granting Defendants' Motions for Summary Judgment (ECF No. 79),

The Court hereby enters judgment in favor of Defendants Shoshana Sragow, Allen Sragow and Tamar Breton and against Plaintiff Naora Ben-Dov. The case is dismissed, with prejudice.

Dated: December 6, 2017

Honorable Douglas F. McCormick
United States Magistrate Judge